

April 16, 2013

*Handwritten note:* The conf. of April 26, 2013, 10 am will proceed as scheduled. The appl'n for adjournment is denied. The stip of dismissal will be one of the topics of discussion, as well whether or not d/refs'd.

4-24-13

/s/ AKH

Richard L. Furman
rfurman@cmk.com

Via Facsimile: 212-805-7942
The Honorable Alvin K. Hellerstein, U.S.D.J.
United States District Court
500 Pearl Street, Rm. 1050
New York, NY 10007

Re:   Starr Indemnity & Liability Company a/s/o Skiva International v. Triumph Link (USA)
      1:13-cv-00003-AKI-T
      Our File: 984-36

Dear Your Honor:

We represent the Defendant/ Third-Party Plaintiff Triumph Link (USA), Inc. ("Triumph") in the above-referenced matter. We write to object to Plaintiff's request to adjourn the April 26, 2013 conference.

This action involves the alleged loss of cargo transported pursuant to bills of lading issued by various carriers, including Triumph, Hyundai Merchant Marine Co. ("Hyundai") and Roland Intentional Freight Services, Inc. ("Roland"). Despite a contractual relationship with Hyundai, Plaintiff only initiated this action against Triumph. Consequently, Triumph initiated a third-party action to incorporate these parties.

As Plaintiff notes in its submission, on March 22, 2013, it submitted a Stipulation to Your Honor dismissing the first party action. The Stipulation stated Plaintiff filed two simultaneous actions. One was filed in the Southern District of New York on January 2, 2013 and the other in the Northern District of California, which was subsequently transferred to the Central District, on January 25, 2013. These complaints are substantively identical.

Triumph, a California Corporation, was served with the New York action in January. However it was not until March 5, 2013 that counsel initiated service of the California action against Triumph.

As Plaintiff has sought dismissal of its action in the Southern District of New York, we are at a loss as to why an adjournment of the third-party action is necessary. Pending the Court's

<strong>CMK CARROLL MCNULTY KULL LLC</strong>
COUNSELLORS AT LAW

The Honorable Alvin K. Hellerstein, U.S.D.J.
April 16, 2013
Page 2 of 2

signature, Plaintiff will have no discretion over how the third-parties proceed. Moreover, ignoring the procedural errors, Plaintiff elected to initiate two identical actions simultaneously, and thus should not be permitted to delay and postpone one "without date" as it suits.

Plaintiff indicates they "have not received the consent of third-party defendant" to adjourn the matter. However, this is misleading. As the attached email indicates, counsel for Hyundai affirmatively stated Hyundai does "NOT consent to an adjournment of the April 26 conference." Rather, Mr. Donatelli states he seeks the Court's permission to file a motion to dismiss.

Likewise, Triumph seeks the Court proceed with the conference to permit the parties to discuss the status of the third-party complaint. It further notes that Plaintiff failed to address or contact third-party defendant Roland who filed its Answer on April 16, 2013.

For the foregoing reasons, Triumph requests the Court proceed with the conference as scheduled so as to permit the relevant parties to proceed expeditiously with the litigation.

Very truly yours,
CARROLL MCNULTY & KULL LLC

Richard L. Pulman

cc: Facsimile & Email:
Lori J. Quinn, Esq.
Marshall Dennehey Warner Coleman & Goggin
Wall Street Plaza
88 Pine Street – 21st Floor
New York, New York 10005
LJQuinn@MDWCG.com

Randolph H. Donatelli
Cichanowicz, Callan, Keane, Vengrow & Textor, LLP
61 Broadway, Suite 3000
New York, New York 10006
Fax: (212) 344-7285
rdonatelli@cckvt.com

Jean M. Gardner, Esq.
Hill Rivkins, LLP
45 Broadway
New York, New York 10006
Fax:(212)669-0698/0699
jgardner@hillrivkins.com

# MARSHALL DENNEHEY
## WARNER COLEMAN & GOGGIN
ATTORNEYS-AT-LAW   WWW.MARSHALLDENNEHEY.COM
A PROFESSIONAL CORPORATION

Wall Street Plaza, 88 Pine Street, 21st Floor · New York, NY 10005
(212) 376-6400 · Fax (212) 376-6490

RECEIVED APR 22 2013 CHAMBERS ALVIN K. HELLERSTEIN U.S.D.J.

PENNSYLVANIA
Bethlehem
Doylestown
Erie
Harrisburg
King of Prussia
Philadelphia
Pittsburgh
Scranton

NEW JERSEY
Cherry Hill
Roseland

DELAWARE
Wilmington

OHIO
Cleveland

FLORIDA
Ft. Lauderdale
Jacksonville
Orlando
Tampa

NEW YORK
Long Island
New York City

Direct Dial: 212-376-6426
Email: ljquinn@mdwcg.com

April 22, 2013

*Via Facsimile: 212-805-7942*
Honorable Alvin K. Hellerstein
United States District Court Judge
United States District Court
Southern District of New York
United States Courthouse
Room 1050
500 Pearl Street
New York, NY 10007

RE: Starr Indemnity & Liability Company a/s/o Skiva International, Inc.
v. Triumph Link (USA), Inc. and Related Third-Party Action
Case No.: 13-cv-00003-AKH
Our File: 19261.00493 (LJQ)

Dear Judge Hellerstein:

We are attorneys retained on behalf of plaintiff Starr Indemnity & Liability Company a/s/o Skiva International, Inc. in the above-referenced claim. Your Honor has scheduled an Initial Conference in this action for Friday, April 26, 2013 at 10:00 a.m.

Pursuant to Your Honor's directions, we have communicated with counsel representing all parties in this action with respect to the Case Management Plan. In light of the pending Stipulation and Order of Voluntary Dismissal of the first-party action and third-party defendant Hyundai Merchant Marine's intention to request a briefing schedule for its Motion to Dismiss on jurisdictional grounds, it is hereby respectfully requested that the Initial Conference be converted to a Briefing Schedule Conference to address these issues.

We thank the Court for its consideration.

Respectfully submitted,

Lori J. Quinn

LJQ:kt

27/1764628.v1

Marshall Dennehey Warner Coleman & Goggin

Honorable Alvin K. Hellerstein
United States District Court Judge
April 22, 2013
Page 2

cc: **VIA FAX: - 646-625-4044**
Richard Furman, Esq.
Lindsay A. Sakal, Esq.
CARROLL McNULTY KULL, LLC
*Attorneys for Defendant/Third-Party Plaintiff*
*Triumph Link (USA) Inc.*
570 Lexington Avenue
New York, New York 10022

**VIA FAX: (212) 344-7285**
Randolph H. Donatelli
Cichanowicz, Callan, Keane, Vengrow & Textor, LLP
*Attorneys for Third-Party Defendant*
*Hyundai Merchant Marine Co., Ltd.*
61 Broadway, Suite 3000
New York, New York 10006

**VIA FAX: 212-669-0698**
Jean M. Gardner, Esq.
Marc Kunkin, Esq.
HILL RIVKINS LLP
*Attorneys for Third-Party Defendant*
*Roland Int'l Freight Services, Inc.*
45 Broadway, Suite 1500
New York, New York 10006

Judge wrote:

"The conference of April 26, 2013, 10:00 a.m. will proceed as scheduled. The application for adjournment is denied. The stipulation of dismissal will be one topic of discussion, and whether or not I sign it.

4-24-13
Alvin K. Hellerstein"